IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-00053-01-CR-W-HFS |
| | ) | |
| ANTHONY E. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The Government's Motion in this case is sealed by order of this Court and shall not be opened except on further order of the Court.

                                      /s/ Howard F. Sachs
                                      Howard F. Sachs
                                      United States District Judge
                                      Western District of Missouri

Dated: January 10, 2007
      Kansas City, Missouri